### *United States District Court for the Northern District of Illinois*

Case Number: _____          Assigned/Issued  By: _____

Judge Name: _____          Designated Magistrate Judge: _____

---

## FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                                   ☐ Alias Summons

☐ Third Party Summons                       ☐ Lis Pendens

☐ Non Wage Garnishment Summons              ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons        _____
                                            _____
☐ Citation to Discover Assets                   (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_____Original and _____ copies on _____ as to _____
                                        (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05