UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.  05 CR 9-1 |
| | ) | |
| v. | ) | Hon. Wayne Andersen |
| | ) | Judge Presiding. |
| ADAM B. RESNICK, | ) | |
| | ) | |
| Defendant. | | |

### NOTICE OF FILING

TO:    AUSA Joseph A. Stewart
       219 S. Dearborn, 5th Fl.
       Chicago, IL 60604

PLEASE TAKE NOTICE that on December 14, 2007, the undersigned filed with the Clerk of the Court Citation Respondent Domenic Poeta's ANSWER TO GOVERNMENT'S PETITION FOR RELIEF, copies of which are served upon you.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on December 14, 2007, I caused the document listed herein to be served pursuant to ECF on the above-named individual, who is a Filing User.

Respectfully submitted,

/s / Eric S. Palles

_____
One of the attorneys for Domenic Poeta

Ravitz & Palles, P.C.
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 558-1689