IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.  05 CR 9-1 |
| ADAM B. RESNICK | ) | |
| | ) | Judge Wayne Andersen |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOMINIC POETA, | ) | |
| | ) | |
| Third-Party Citation Respondent. | ) | |

**UNITED STATES' AMENDED MOTION FOR ENTRY OF
JUDGMENT ON ITS PETITION FOR RELIEF AGAINST DOMINIC POETA**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for

the Northern District of Illinois, moves for entry of judgment on its petition for relief against

Dominc Poeta.  In further support of its motion the plaintiff submits a detailed memorandum of law.

Wherefore, the United States requests this court to enter judgment in favor of United States and

against Dominic Poeta for $647,211 plus prejudgment interest and costs.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6008
joseph.stewart@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

-United States' Amended Motion for Entry of Judgment on its Petition for Relief Against Dominic Poeta
-Memorandum in Support and Exhibits A through F

were served on March 21, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and on March 24, 2008 by regular U.S. Mail to:

Adam Resnick - BOP No. 17549-424
FCI Englewood
9595 West Quincy Avenue
Littleton, Co  80123

David V. Kirby
174 Battery Street, 3rd Floor
Burlington, VT 05401
- david@kirbyoconnor.com

s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 469-6008