IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.  05 CR 9-1 |
| ADAM B. RESNICK | ) | |
| | ) | Judge Wayne R. Andersen |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOMINIC POETA, | ) | |
| | ) | |
| Third-Party Citation Respondent. | ) | |

## NOTICE OF EMERGENCY MOTION

To:  *See* attached service list

PLEASE TAKE NOTICE that on June 6, 2008 at 9:00 a.m. at the opening of court or as soon

thereafter as counsel may be heard, I will appear before Judge Wayne R. Andersen in the courtroom

usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street,

Chicago, Illinois, or before such other judge who may be sitting in  his place and stead, and then and

there present the attached Motion in Limine to Exclude Evidence Relating to the Source of Funds

Deposited into the "NEA" Account, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s Joseph A. Stewart
   JOSEPH A. STEWART
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois  60604
   (312) 469-6008

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

-Motion in Limine to Exclude Evidence Relating to Source of Funds Deposited into the "Nea" Account
-Notice of Motion

were served on June 5, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and on June 5, 2008 by regular U.S. Mail and e-mail to:

David V. Kirby
174 Battery Street, 3rd Floor
Burlington, VT 05401
- david@kirbyoconnor.com

s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 469-6008