# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                                            Case No.: 1:05−cr−00009

Hon. Wayne R. Andersen

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

MINUTE entry before the Honorable Wayne R. Andersen:as to Adam B Resnick, Status hearing held on 7/31/2008 and continued to 9/3/2008 at 8:00 a.m. In consideration for permitting Mr. Poeta to file his objections to the government's proposed findings of fact and conclusions of law and to ensure that the assets required and available to pay the anticipated judgment that Mr. Poeta will be ordered to pay, it is hereby ordered that Dominic Poeta is enjoined from transferring any asset in excess of $5,000.00 without prior court approval except that he may continue to pay mortgage, taxes and insurance for which he is already obligated on the real estate in Highland, Illinois. Mr. Poeta has agreed to this and understands that if he violates this order he is subject to be held in contempt of court.Advised in open court notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.