### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number:             Assigned/Issued By:

Judge Name:            Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

                 ☐ IFP      ☐ No Fee      ☐ Other _____

                 ☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

## ISSUANCES

☐ Summons                          ☐ Alias Summons

☐ Third Party Summons           ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

                                           _____

☐ Citation to Discover Assets         *(Victim, Against and $ Amount)*

☐ Writ _____          ☐ Other

          *(Type of Writ)*                       _____

                                             _____

                                              *(Type of issuance)*

_____Original and _____ copies on _____ as to _____

                                     *(Date)*

_____

_____