### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____  Assigned/Issued  By: _____

Judge Name: _____  Designated Magistrate Judge: _____

---

## FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

_____

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Other

☐ Writ _____   _____

(Type of Writ)   _____

(Type of issuance)

_____Original and _____ copies on _____ as to _____

(Date)

_____

_____