**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) No. 05 CR 9-1 |
| v. | ) |
| | ) Hon. Wayne Andersen |
| | ) |
| ADAM B. RESNICK | ) |
| | ) |

**RESPONDENT DOMENIC POETA'S MOTION FOR LEAVE TO FILE PROPOSED**
**SUPPLEMENTAL CONCLUSIONS OF LAW**

Respondent, DOMENIC POETA ("Poeta"), by ERIC S. PALLES, and RAVITZ &

PALLES, P.C., his attorneys, moves for leave to file his proposed supplemental conclusions of

law ("Exhibit A"), and in support hereof, states as follows:

1. This Court has scheduled a hearing on September 3, 2008 to review the entirety of

the parties' proposed findings of fact and conclusions of law. The government will not be

prejudiced if the Court considers these supplemental conclusions of law in connection with the

entry of judgment.

2. The proposed conclusions are accurate statements of law and pertinent to the facts

of this case.

WHEREFORE, Poeta prays for leave to file his proposed supplemental conclusions of

law.

Respectfully submitted,

/s/ Eric S. Palles

_____
One of the attorneys for Domenic Poeta

Ravitz & Palles, P.C.
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 558-1689

EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,  )
                                     )
                                     ) No.  05 CR 9-1
         v.                  )
                                     ) Hon. Wayne Andersen
                                     )
ADAM B. RESNICK  )
                                     )

**RESPONDENT DOMENIC POETA'S PROPOSED
SUPPLEMENTAL CONCLUSIONS OF LAW**

      Respondent, DOMENIC POETA ("Poeta"), by GARY RAVITZ, ERIC S. PALLES, and RAVITZ & PALLES, P.C., his attorneys, submits his proposed supplemental conclusions of law as follows:

48.     An unjust enrichment claim is denied to a plaintiff whose recklessness caused his claimed injury. *TRW Title Insurance Co. v. Security Union Title Insurance Co.*, 153 F.3d 822, 829 (7th Cir. 1998).

49.     The doctrine of mitigation of damages applies in virtually every type of case in which recovery of a money judgment or award is authorized. *Culligan Rock River Water Conditioning Co. v. Gearhart*, 111 Ill. App. 3d 254, 258, 443 N.E.2d 1065 (2d Dist. 1982).

                                  Respectfully submitted,

                                  /s/ Eric S. Palles

                                  _____
                                  One of the attorneys for Domenic Poeta

Ravitz & Palles, P.C.
203 N. LaSalle, Suite 2100
Chicago, IL 60601
(312) 558-1689