*MHN*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 05 CR 9-1 |
| ADAM B. RESNICK | ) | |
| | ) | Judge Wayne Andersen |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOMINIC POETA, | ) | |
| | ) | |
| Third-Party Citation Respondent. | ) | |

### ORDER

For the reasons set forth in the court's findings of fact and conclusions of law, the United States' amended motion for judgment (Doc. No. 124) is granted and judgment is accordingly entered in favor of the United States and against Dominic Poeta, a/k/a Domenic Poeta, for $647,211 plus prejudgment interest in the amount of $200,986.63 for a total of $848,197.63. Domenic Poeta's Motion to Strike the Government's Amended Motion (Doc. No. 127) is denied.

ENTER:

_____
Wayne R. Andersen
United States District Judge

Date: *September 24, 2008*